■ JOSEPH M. JAFFIN, Respondent, v. GENERAL MACHINE PARTS CO., INC., Appellant.— Order entered on March 21, 1961, denying defendant's motion to dismiss the complaint, affirmed, with $20 costs and disbursements to respondent. Concur — Valente, J. P., McNally, Stevens and Eager, JJ.; Steuer, J., dissents and votes to dismiss the complaint on the ground that the alleged representations are not actionable.

(Republished)

■ HATTIE SHAVERS, as Administratrix of the Estate of WILSON W. SHAVERS, Deceased, Appellant, v. MISSIONARY SISTERS OF THE SACRED HEART, conducting the Mother Cabrini Memorial Hospital, et al., Respondents.— Amended judgment, so far as appealed from, unanimously affirmed, with costs to respondents. The appeal from the judgment entered on February 7, 1961 is dismissed. The order of this court entered on January 16, 1962 is vacated. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ 509 SIXTH AVENUE CORP. v. NEW YORK CITY TRANSIT AUTHORITY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between FREDERIC J. DORMER and ANGLO FABRICS CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Valente, McNally and Bergan, JJ.

■ PHILIP FUSCO et al. v. BERNARD LEWIS et al.— Motion for leave to reargue denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ NETTIE W. KRAMER v. JACOB LATTIF et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ GERHARD F. BECKHUSEN v. E. P. LAWSON COMPANY.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ DOUGLAS L. ELLIMAN & CO., INC., v. LEONIDAS A. LANTZOUNIS.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ BEVERLY AADLAND, by Her General Guardian, HOWARD F. TRUSSEL v. PATRICIA W. FLYNN et al., as Temporary Administrators of the Estate of ERROL FLYNN, Deceased.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ EDWARD DE CICCO v. GRACE LINE, INC.— Application denied, with $10 costs. The stay contained in the order to show cause dated December 13, 1961 is vacated. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ EDGAR MODESTE v. RAYMOND LEWIS et al.— Application denied, with $10 costs. The stay contained in the order to show cause dated December 20, 1961 is vacated. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.